In the Matter of THE INVESTIGATION BY THE SPECIAL COMMITTEE Designated by the City Council of the City of New York, to Inquire into the Charge by the LINCOLN HOSPITAL ALUMNI ASSOCIATION in Regard to the Management of LINCOLN HOSPITAL, BRONX, NEW YORK, against SIGISMUND S. GOLDWATER, Commissioner of Hospitals of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay granted pending the granting

or final refusal by the Court of Appeals of leave to appeal. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ. [See *ante*, p. 883.]